RECEIVED
IN LAKE CHARLES, LA.

SEP - 9 2010

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| VICTOR PAVLOVICH MYTYUK<br>A 88 057 059<br>FED. REG NOL 29716-265 | : | DOCKET NO. 2:09-CV-2239<br>2:10-CV-0072 |
| | | SECTION "P" |
| VS. | : | JUDGE MINALDI |
| WARDEN FEDERAL DETENTION<br>CENTER OAKDALE | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

IT IS ORDERED that these civil actions are DISMISSED WITH PREJUDICE for failing to state a claim for which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B).

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___8___ day of ___Sept___, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE